UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER M. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Civ. No. 12-696<br><br>Chief Judge Paul L. Maloney<br><br>Magistrate Judge Ellen S. Carmody |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED:　　　　February 20 , 2013.

　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　HON. PAUL L. MALONEY
　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE