UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER JOHNSON,

        Plaintiff,

                                                           Case No.: 1:12-cv-696

v.

                                                           HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 26).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        THEREFORE, IT IS ORDERED that for the reasons stated in the Report and Recommendation, Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 24) is **GRANTED IN PART AND DENIED IN PART**.  Judgment shall enter in plaintiff's favor against defendant in the amount of $1,917.50.


Dated:  October 3, 2013                                        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge