UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER JOHNSON,

        Plaintiff,

                                    Case No. 1:12-cv-696

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant,
_____/

## **JUDGMENT**

       Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the plaintiff and against the defendant in the amount of $1,917.50.

Date:  October 3, 2013                               /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District